# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| DANIEL WARREN, | : | No. 54 MM 2019 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| KAREN C. DEVINE, | : | |
| | : | |
| Respondent | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 13th day of September, 2019, the "Petition for Review in the Nature of a Mandamus" is DENIED. The Prothonotary is DIRECTED to strike the name of the jurist from the caption.